# United States District Court

FOR THE _____ DISTRICT OF MASSACHUSETTS

Boston Division

| | |
|---|---|
| James J. Brady Jr. | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| National Railroad Passenger Corporation<br>- and -<br>Boston & Maine Corporation | 05 11281 GAO |

TO: (Name and address of defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III<br>HANNON & JOYCE<br>The Public Ledger Building - Ste. 1000<br>150 S. Independence Mall West<br>Philadelphia, PA 19106-3323<br>(215) 446-4460<br>Attorney for Plaintiff | MICHAEL J. MCDEVITT<br>LAWSON & WEITZEN LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210<br>(617) 439-4990<br>Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                JUN 17 2005

CLERK                                            DATE



(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Certified Mail - Return Receipt Requested. See attached Returned Receipt.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                              Signature of Server

                                                  _____
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**HANNON & JOYCE**
**PUBLIC LEDGER BUILDING, SUITE 1000**
**150 S. INDEPENDENCE MALL WEST**
**PHILADELPHIA, PA 19106-3413**

ATTN: AMB
    Brady 05-11281-GAO

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _/s/ H. Smith_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 6/23/05 |
| 1. Article Addressed to:<br>National Railroad Passenger Corp.<br>253 Summer Street<br>Boston, MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 1160 0005 4533 2133 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |